

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| WILLIAM VIEIRA, | § | No. 08-16-00100-CR |
| Appellant, | § | Appeal from |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Hudspeth County, Texas |
| Appellee. | § | (TC # CR-05706-394) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.